**COMMONWEALTH of Pennsylvania, Appellant,**

v.

**James L. BEEMER, Appellee,**

Supreme Court of Pennsylvania.

Submitted Aug. 3, 1999.
Decided Sept. 9, 1999.

Stephen M. Van Natten, Asst. Dist. Atty., James B. Martin, Dist. Atty., District Attorney's Office, for Com.

John J. Waldron, Allentown, for James L. Beemer.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

### ORDER

PER CURIAM.

Based upon our disposition in *Commonwealth v. Williams*, —— Pa. ——, 733 A.2d 593 (1999), we affirm the Order of the Lehigh County Court of Common Pleas dated December 8, 1997. Furthermore, we remand the matter to the common pleas court for disposition of any remaining issues.

Jurisdiction is relinquished.